<table>
<tr><td colspan="2"><strong>Fill in this information to identity the case:</strong></td></tr>
</table>

**Debtor 1**   Frank L. Riordan

**Debtor 2**
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern    District of  Ohio
                                                                    (State)

Case number   1:17-bk-13478

## Form 4100R
# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of creditor:**   U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known):
3

**Last 4 digits** of any number you use to identify the debtor's account:   1  9  8  7

**Property address:**   4336 Beech St.
Number        Street

Cincinnati        OH        45212
City                    State      ZIP Code

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                 $ _____

| Part 3: | Postpetition Mortgage Payment |
| --- | --- |

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   03 / 01 / 2022
                                                            MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                      (a)  $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:          + (b)  $ _____

c. **Total.** Add lines a and b.                                                (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:            ___ / ___ / ___
                                                                        MM / DD / YYYY

Debtor 1    __Frank L. Riordan_____    Case number (*if known*) __1:17-bk-13478_____
            First Name    Middle Name    Last Name

---

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

■ all payments received;
■ all fees, costs, escrow, and expenses assessed to the mortgage; and
■ all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Molly Slutsky Simons                    Date  __02_/_17_/_2022__
   Signature

Print   **Molly Slutsky Simons**                Title   Attorney for Creditor
        First Name    Middle Name    Last Name

Company   Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address   394 Wards Corner Road, Suite 180
          Number          Street

          Loveland                        OH      45140
          City                            State   ZIP Code

Contact phone  (_513_) _444_ – _4100_                Email  bankruptcy@sottileandbarile.com

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

In Re:                                              Case No. 1:17-bk-13478

Frank L. Riordan                                    Chapter 13

Debtor.                                             Judge Jeffery P. Hopkins

---

**CERTIFICATE OF SERVICE**

---

I certify that a copy of the foregoing Response to Notice of Final Cure Payment was served
**electronically** on February 17, 2022 through the Court's ECF System on all ECF participants
registered in this case at the e-mail address registered with the Court

And by **first class mail** on February 17, 2022 addressed to:

    Frank L. Riordan, Debtor
    4336 Beech Street
    Cincinnati, OH 45212

                      Respectfully Submitted,

                      /s/ Molly Slutsky Simons
                      Molly Slutsky Simons (0083702)
                      Sottile & Barile, Attorneys at Law
                      394 Wards Corner Road, Suite 180
                      Loveland, OH 45140
                      Phone: 513.444.4100
                      Email: bankruptcy@sottileandbarile.com
                      Attorney for Creditor